SEYFARTH SHAW LLP
Kerry Friedrichs (SBN 198143)
kfriedrichs@seyfarth.com
Ryan McCoy (SBN 276026)
rmccoy@seyfarth.com
Petersen Walrod (SBN 339521)
pwalrod@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:   (415) 397-8549

Attorneys for Defendant
REYES FLEET MANAGEMENT, L.L.C.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO L. GAMEZ, individually, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REYES FLEET MANAGEMENT, L.L.C., a Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | **CLASS ACTION**<br><br>Case No. 2:26-CV-03926 CV (RAOx)<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO REMAND (ECF NO. 20)**<br><br>Date: July 10, 2026<br>Time: 1:30 p.m.<br>Crtrm: 10b<br><br>[Los Angeles County Superior Court Case No. 26STCV07112]<br><br>Complaint Filed:    March 4, 2026<br>Trial Date:          None Set |

JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO REMAND

THE UNDERSIGNED PARTIES STIPULATE through their respective counsel, as follows:

**WHEREAS**, on May 19, 2026, Plaintiff Ricardo L. Gamez ("Plaintiff") filed the Notice of Motion and Motion to Remand (ECF No. 18), setting a hearing date for June 24, 2026;

**WHEREAS**, on May 20, 2026, the Court issued a minute order vacating the hearing date (ECF No. 19);

**WHEREAS**, on May 21, 2026, Plaintiff filed an Amended Notice of Motion and Motion to Remand, setting the hearing for July 10, 2026 (ECF No. 20);

**WHEREAS**, on June 15, 2026, the Parties agreed to continue the hearing date to July 17, 2026, to accommodate scheduling needs for counsel.

**NOW THEREFORE**, the Parties hereby stipulate and jointly request that the hearing for Plaintiff's Motion to Remand (ECF No. 20) be reset from July 10, 2026, to July 17, 2026, subject to the Court's approval.

IT IS SO STIPULATED.

1

JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO REMAND

DATED:  June 22, 2026                    SEYFARTH SHAW LLP


                                         By: */s/ Ryan McCoy*
                                             Kerry Friedrichs
                                             Ryan McCoy
                                             Petersen Walrod

                                             Attorney for Defendant
                                             REYES FLEET MANAGEMENT,
                                             L.L.C.


DATED:  June 22, 2026                    MOON LAW GROUP, PC


                                         By:  */s/ Jason Kwak*
                                             Kane Moon
                                             Allen Feghali
                                             Enzo Nabiev
                                             Jason Kwak

                                             Attorneys for Plaintiff
                                             RICARDO L. GAMEZ

2